**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| SUNRISE ENERGY, LLC, | : | No. 25 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| FIRSTENERGY CORP. AND WEST | : | |
| PENN POWER COMPANY, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.